AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 20-cv-4408 BMC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Warrior Custom Golf Inc dba www.warriorcustomgolf.com**
was received by me on *(date)* **9-22-20**

☐ I personally served the summons on the individual at *(place)*
  on *(date)*                        ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
  , a person of suitable age and discretion who resides there,
  on *(date)*                 , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **Mike Brown**, who is
  designated by law to accept service of process on behalf of *(name of organization)*
  **Sales-Warehouse manager**  on *(date)* **9-24-20 @ 11:00pm**; or

☐ I returned the summons unexecuted because                                        ; or

☐ Other *(specify)*:


My fees are $        for travel and $        for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date:

*Server's signature*

**Jacqueline Lorati - Process Server**
*Printed name and title*

**2907 N Cottonwood St 8
Orange CA 92865**
*Server's address*

Additional information regarding attempted service, etc: