<div style="text-align:center">

LAW OFFICES OF MITCHELL S. SEGAL, P.C.

</div>

| 1129 NORTHERN BOULEVARD | N.Y.C. Office |
|---|---|
| SUITE 404 | 137 Fifth Avenue, 9th Floor |
| MANHASSET, NEW YORK 11021 | New York, N.Y. 10010 |
| Ph: (516) 415-0100 | Ph: (212) 388-9444 |
| Fx:  (516) 706-6631 | |

<u>Via ECF Filing</u>
Honorable Senior Judge Brian M. Cogan                October 29, 2020
U.S. District Court – EDNY
225 Cadman Plaza East
Brooklyn, New York 11201

> Re: *Jay Winegard, on behalf of himself and all others similarly situated v. Warrior Custom Golf, Inc. d/b/a www.warriorcustomgolf.com*
> *Case No.:  1:20-cv-04408-BMC*

Dear Honorable Senior Judge Brian M. Cogan:

 Please let this correspondence serve as a status report prior to the Initial Status Conference scheduled for 10:15 a.m. on November 3, 2020.  The Plaintiff has filed a complaint in this action against the Defendant for violations under Title III of the American with Disabilities Act ("ADA"); the New York State Human Rights Law ("NYSHRL"); the New York State Civil Rights Law ("NYSCRL"); and the New York City Human Rights Law ("NYCHRL") for failing to own and/or operate its website that is fully accessible and useable by the Plaintiff and other deaf and hard of hearing individuals.  The Court has jurisdiction in this action pursuant to 28 U.S.C. §1331, 42 U.S.C. §12181 *et seq*. and 28 U.S.C. §1332.  The Court has supplemental jurisdiction pursuant to 28 U.S.C. §1367 under the NYSHRL, the NYSCRL and the NYCHRL.

 Although the Defendant was personally served on September 24, 2020, it has not appeared in this action.  The Defendant's answer was due on October 13, 2020.  The Plaintiff contemplates the filing of a Motion for a Default Judgment in the near future.

 I thank the Court for the time spent in reviewing this status letter.  Thank you.

<div style="margin-left:50%">

Respectfully submitted,

/s/ Mitchell Segal
_____
Mitchell Segal

</div>