UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JAY WINEGARD, on behalf of himself and all
others similarly situated,

                                    Plaintiff(s),

    -against-

WARRIOR CUSTOM GOLF, INC.
d/b/a www.warriorcustomgolf.com,

                                    Defendant(s).
------------------------------------------------------------------X

**CERTIFICATE OF DEFAULT**

Case No.: 1:20-cv-04408-BMC

    I, DOUGLAS C. PALMER, Clerk of the United States District Court for the Eastern District of New York, do hereby certify that this action was commenced on September 19, 2020 with the filing of a Summons and Complaint, a copy of the Summons and Complaint was served on Defendant(s) WARRIOR CUSTOM GOLF, INC. d/b/a www.warriorcustomgolf.com, by personally serving on September 24, 2020 at 01:10 pm at 15 Mason, Irvine, CA 92618 by Jacqueline Lorati, and proof of service was therefore filed on September 25, 2020, Doc. # 6.

    I further certify that the docket entries indicate that the Defendant(s) has not filed an Answer or otherwise moved with respect to the complaint herein. The default of the Defendant(s) is/are hereby noted.

**Dated: New York, New York**
           _____, 2020

                                                              **DOUGLAS C. PALMER**
                                                               **Clerk of Court**

                                                        By: _____
                                                            **Deputy Clerk**