UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JAY WINEGARD, on behalf of himself and all
others similarly situated,

                                      Plaintiff(s),

    -against-

WARRIOR CUSTOM GOLF, INC.
d/b/a www.warriorcustomgolf.com,

                                      Defendant(s).
-------------------------------------------------------------------X

**AFFIRMATION OF SERVICE**

Case No.: 1:20-cv-04408-BMC

I, Mitchell Segal, declare under penalty of perjury that I have served a copy of the attached REQUEST FOR CERTIFICATE OF DEFAULT, AFFIRMATION IN SUPPORT OF REQUEST FOR CERTIFICATE OF DEFAULT and PROPOSED CERTIFICATE OF DEFAULT on October 30, 2020 by mailing it to Defendant: WARRIOR CUSTOM GOLF, INC. d/b/a www.warriorcustomgolf.com whose address is:

WARRIOR CUSTOM GOLF, INC.
d/b/a www.warriorcustomgolf.com
15 Mason
Irvine, CA 92618

Dated: Manhasset, New York
       October 30, 2020.

                                                     Respectfully submitted,

                                                     /s/   Mitchell Segal
                                                     _____
                                                     Mitchell Segal, Esq.
                                                     Law Offices of Mitchell S. Segal, P.C.
                                                     *Attorney For Plaintiff*
                                                     1129 Northern Boulevard, Suite 404
                                                     Manhasset, New York 11030
                                                     Tel.: (516) 415-0100
                                                    Fax: (516) 706-6631
                                                     msegal@segallegal.com