UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JAY WINEGARD,
on behalf of himself and all others similarly situated,

                                                                                                    **MOTION FOR**
                                                                                                    **DEFAULT JUDGMENT**
                                  Plaintiff(s),              Case No.: 1:20-cv-04408-BMC

      -against-

WARRIOR CUSTOM GOLF, INC.
d/b/a www.warriorcustomgolf.com,

                                  Defendant(s).
-----------------------------------------------------------------X

      Plaintiff JAY WINEGARD hereby moves the Court pursuant to Federal Rule of Civil Procedure 55 (b) and Local Civil Rule 55.2 to enter default judgment in favor of Plaintiff and against Defendant(s) WARRIOR CUSTOM GOLF, INC. d/b/a www.warriorcustomgolf.com, on the grounds that said Defendant(s) failed to answer or otherwise defend against the Complaint.

Dated: Manhasset, New York
       November 13, 2020                          Respectfully submitted,

                                                              /s/   Mitchell Segal

                                                      Mitchell Segal, Esq.
                                                    Law Offices of Mitchell S. Segal, P.C.
                                                    Attorney For Plaintiff
                                                   1129 Northern Boulevard, Suite 404
                                                   Manhasset, New York 11030
                                                   Tel.: (516) 415-0100
                                                   Fax: (516) 706-6631
                                                   msegal@segallegal.com

TO:
      WARRIOR CUSTOM GOLF, INC.
      d/b/a www.warriorcustomgolf.com
      15 Mason
      Irvine, CA 92618