**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
JAY WINEGARD, on behalf of
himself and all others similarly
situated,

                          Plaintiff,

                          Case No.: 1:20-cv-04408-BMC

    v.

WARRIOR CUSTOM GOLF, INC.
d/b/a www.warriorcustomgolf.com,

                          Defendants.
-------------------------------------------------------------------X

## **NOTICE OF SETTLEMENT**

Plaintiff, JAY WINEGARD, hereby notifies this Court that a settlement in principle has been reached in the instant action. The parties request that all deadlines be suspended while the parties finalize a settlement agreement.

DATED this 4th day of January, 2021.

                                                  Respectfully Submitted,
                                                  By:   */s/ Mitchell Segal*
                                                  Mitchell Segal, Esq.
                                                  Law Offices of Mitchell S. Segal, P.C.
                                                  Attorney for Plaintiff
                                                  1129 Northern Boulevard, Suite 404
                                                  Manhasset, New York 11030
                                                  Ph:  (516) 415-0100
                                                  Fx:  (516) 706-6631
                                                  msegal@segallegal.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing instrument was e-filed with the Clerk of the Court using CM/ECF, this 4th day of January, 2021.

By: /s/ Mitchell Segal
Mitchell Segal, Esq.
(MS4878)

## SERVICE LIST: